# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ) | |
| RICHARD J. SHEPPARD, ) | |
|     Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION 17-00355-KD-N |
| ) | |
| PATHWAY OF BALDWIN COUNTY, LLC ) | |
| and PATHWAY, INC., ) | |
|     Defendants. ) | |

## ORDER

This matter is before the Court on the United States' Notice of Election to Intervene for Purpose of Settlement and Motion for a Partial Lift of the Seal pursuant to the False Claims Act 31 U.S.C. § 3730(b)(2) and (4). (Doc. 30). Upon consideration, it is **ORDERED** that the United States' motion to partially lift the seal in this case (Doc. 30) is **GRANTED** as follows:

    1. The Relator's Complaint **(Doc. 1),** the Notice of Election to Intervene for Purpose of Settlement and Motion for a Partial Lift of the Seal and attached Proposed Order **(Doc. 30** and **Doc. 30-1)** are **UNSEALED;**

    2. All other papers on file and filings in this action shall **REMAIN UNDER SEAL** unless otherwise ordered by the Court; and

    3. The seal shall be **LIFTED** as to all filings in this action <u>after</u> the date of this Order (future party filings and Court orders).

    **DONE** and **ORDERED** this the **18th** day of **October 2022.**

                                       /s/ Kristi K. DuBose
                                       **KRISTI K. DUBOSE**
                                       **UNITED STATES DISTRICT JUDGE**