IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ) <br> RICHARD J. SHEPPARD, ) <br>     Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> PATHWAY OF BALDWIN COUNTY, LLC ) <br> and PATHWAY, INC., ) <br>     Defendants. ) | CIVIL ACTION 17-00355-KD-N |

## ORDER

This matter came before the Court on November 28, 2022 for a *qui tam* fairness hearing in relation to the United States' "Notice of Election to Intervene for Purpose of Settlement" (Doc. 30) and the "Joint Motion for Pro Tanto Dismissal" of certain claims in the Complaint filed by the United States of America (United States) and Relator Richard J. Sheppard (the Relator) (Doc. 32), with regard to a proposed settlement.

The Court held the *qui tam* fairness hearing[1] via teleconference. Upon consideration of the briefing and the representations of the parties at the hearing, the Court finds that the settlement is fair, adequate, and reasonable; thus, it is **ORDERED** that the settlement is **APPROVED.** Additionally, in accordance with the material terms of the settlement agreement, Counts I, II, III, and IV of the Complaint are **DISMISSED with prejudice.** Further, the Court previously construed the Joint Motion for Pro Tanto Dismissal as a joint motion to amend the complaint, which is now **GRANTED**, and the Realtor is **ORDERED** to file an Amended Complaint -- in the form directed by the undersigned during the teleconference as to the remaining counts-- on or before **December 28, 2022.**

**DONE** and **ORDERED** this the **29th** day of **November 2022.**

                                                         /s/ Kristi K. DuBose
                                                         **KRISTI K. DUBOSE**
                                                         **UNITED STATES DISTRICT JUDGE**

---

[1] Section 3730(c)(2)(B) governs settlements, and provides that "[t]he Government may settle the action with the defendant notwithstanding the objections of the person initiating the action if the court determines, after a hearing, that the proposed settlement is fair, adequate, and reasonable under all the circumstances. Upon a showing of good cause, such hearing may be held in camera."