# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **RICHARD J. SHEPPARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 17-00355-KD-N** |
| | ) | |
| **PATHWAY OF BALDWIN** | ) | |
| **COUNTY, LLC, and** | ) | |
| **PATHWAY, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## VERDICT

We, the jury, find by a preponderance of the evidence, as follows:

1. That Pathway of Baldwin County, LLC retaliated against Richard J. Sheppard by taking an adverse employment action because he engaged in protected conduct.

Yes ___✓___         No _____

If your answer is "No", this ends your deliberation, and you should sign and date the Verdict.

If your answer is "Yes", then answer Question 2.

2. That Pathway of Baldwin County, LLC and Pathway, Inc. are a single integrated employer?

Yes ___✓___         No _____

3. That Mr. Sheppard suffered emotional distress and mental anguish because of the adverse employment action?

Yes __✓__              No _____

If your answer is "No", this ends your deliberation, and you should sign and date the Verdict.

If your answer is "Yes", then what amount of monetary relief will fairly and reasonable compensate Mr. Sheppard?

$ _30,000_

This concludes your deliberations. Please sign and date this Verdict.

So say we all.

July _16_, 2024                    Foreperson

FILED IN OPEN COURT THIS THE
_16_ DAY OF JULY 2024.

By: _Nicole A. Hawkins_
     DEPUTY CLERK

2