IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel* RICHARD J. SHEPPARD, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) CIVIL ACTION NO. 17-00355-KD-N ) |
| PATHWAY OF BALDWIN COUNTY, LLC and PATHWAY, INC., | ) ) ) ) |
| Defendants. | ) |

**ORDER**

This civil action for retaliation brought pursuant to the False Claims Act, 31 U.S.C. § 3730(h), came before the Court for jury selection on the morning of July 15, 2024, before the undersigned. The Court addressed the parties' requested voir dire as set forth on the record, the jury was then selected, duly sworn, and trial commenced immediately following jury selection.[1]

Plaintiff Richard J. Sheppard presented his case and rested on July 16, 2024. Defendants Pathway of Baldwin County LLC and Pathway, Inc. moved for judgment as a matter of law pursuant to Rule 50(a) of the Federal Rules of Civil Procedure. The motions were denied for reasons set forth on the record.

Defendants presented their case and rested on July 16, 2024. Defendants renewed their motion for judgment as a matter of law pursuant to Rule 50(a) (doc. 151). The motion was denied for reasons set forth on the record.

---

[1] Defendants' objection to the testimony of Amanda Robinson (doc. 150) was sustained. Sheppard's motion in limine to preclude any reference to disciplinary actions while employed at Camp Horizon or at Pathway of Baldwin County, LLC prior to March 28, 2017 (doc. 128) was granted in part as to disciplinary actions while employed at Camp Horizon and otherwise resolved during trial as set forth on the record.

Outside of the jury's presence, the Court heard the parties' respective objections to the Court's proposed final instructions and verdict.  The parties gave their closing arguments. The Court then instructed the jury on the applicable law and the jury began their deliberations.

On July 16, 2024, the jury, having heard the evidence, the arguments of counsel, and having considered the same upon their oaths, returned their verdict in favor of Plaintiff Sheppard, a copy of which is attached hereto, in open court with counsel and parties present.

Post-trial motions shall be filed in accordance with the Federal Rules of Civil Procedure.

By separate document, the Court will enter judgment in accordance with the verdict as provided in Rule 58 of the Federal Rules of Civil Procedure.

DONE and ORDERED this the 17th day of July 2024.

> s/Kristi K. DuBose
> KRISTI K. DuBOSE
> UNITED STATES DISTRICT JUDGE