# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **RICHARD J. SHEPPARD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 17-00355-KD-N |
| | ) | |
| | ) | |
| **PATHWAY OF BALDWIN COUNTY** | ) | |
| **LLC, and PATHWAY, INC.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

In accordance with the verdict of the jury, issued July 16, 2024, it is ORDERED, ADJUDGED and DECREED that JUDGMENT is entered in favor of Plaintiff Richard J. Sheppard and against Defendants Pathway of Baldwin County LLC and Pathway, Inc. as follows:

| | |
|---|---|
| Back pay | $ 8,140.80 |
| Emotional distress and mental anguish | $30,000.00 |
| Total | $38,140.80 |

**DONE** and **ORDERED** this 17th day of July 2024.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE