IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel* RICHARD J. SHEPPARD,  Plaintiff, vs. PATHWAY OF BALDWIN COUNTY, LLC and PATHWAY, INC., Defendants. | ) ) ) ) ) ) ) CIVIL ACTION NO. 17-00355-KD-N ) ) ) ) ) ) |

## ORDER

This action is before the Court on Defendants Pathway of Baldwin County LLC and Pathway, Inc.'s motion for time to respond to Plaintiff Richard J. Sheppard's motion for attorney's fees [and non-taxable expenses] and motion for Rule 58(e) order (doc. 167). Defendants move the Court to allow until November 15, 2024, for their response to Sheppard's motion. Defendants also move the Court to enter an order, pursuant to Fed. R. Civ. P. 58(e), that Sheppard's "motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59" and toll the time to appeal until the entry of an order disposing of Sheppard's motion.

Upon consideration, Defendants' motion for time to respond to Sheppard's motion is **GRANTED**. Defendants shall file their **response** on or before **November 15, 2024**. Sheppard shall file his **reply** on or before **December 2, 2024**.

Defendants' motion for an order pursuant to Rule 58(e) is **GRANTED**. No notice of appeal has been filed. Accordingly, the Court orders that Sheppard's motion for attorney's fees, made pursuant to Fed. R. Civ. P. 54(d)(2), has the "same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59." See Sunteck Transp. Co., LLC v. Grand

Slam Transp. Servs., Inc., No. 22-11843-GG, 2022 WL 17330921, at *1 (11th Cir. Aug. 24, 2022) ("For a motion for attorney's fees under Rule 54 to be a tolling motion, the district court must enter an order—before any notice of appeal has become effective—declaring that the Rule 54 motion is a tolling motion. *See* Fed. R. Civ. P. 58(e) & advisory committee note (1993).").

DONE and ORDERED this the 9th day of October 2024.

s/Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE